1  Guy W. Stilson, #142194
   LOW, BALL & LYNCH
2  505 Montgomery Street, 7th Floor
   San Francisco, CA 94111
3  Tel. (415) 981-6630
   Fax (415) 982-1634
4
   Attorneys for Defendant
5  GFC MOVING & STORAGE, INC. d/b/a
   AMERICAN VAN LINES
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13 | UNITED STATES OF AMERICA,        )  No. C 07 1856 SC
                                      )
14 |                       Plaintiff, )
                                      )
15 |      vs.                         )  **ORDER EXTENDING TIME TO**
                                      )  **COMPLETE MEDIATION**
16 | AMERICAN VAN LINES,              )
                                      )
17 |                       Defendant. )
                                      )
18

19     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20     GOOD CAUSE APPEARING, the parties' stipulated request seeking an extension of time to

21 complete mediation is GRANTED as follows:

22 1.    The deadline for completion of mediation is extended to December 6, 2007; and

23 2.    If the parties submit a further stipulation advising that a written settlement agreement has been

24     signed and is in effect, the parties shall then be automatically excused from participating in any

25     form of ADR in this case.

26     SO ORDERED.

   Date:      10/11/07                        _____
27                                             SAMUEL CONTI
                                               DISTRICT COURT JUDGE
28

-1-

ORDER EXTENDING TIME TO COMPLETE MEDIATION

ND CA # C 07 1856 SC

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\~0676981.wpd